UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00184-2 |
| | ) | JUDGE SHARP |
| EZEQUIEL RICO-MENDEZ | ) | |

## O R D E R

The Court is in receipt of a letter from the Defendant requesting that his court appointed attorney withdraw (Docket No. 54).

A hearing on this matter is hereby scheduled for Thursday, April 11, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE